## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ROBERT W. JOHNSON, </br></br> Plaintiff, </br></br> v. </br></br> WATERVILLE HEALTH & WELFARE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Docket No. 1:24-cv-00303-NT </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On August 29, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 4). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

Further, given that Plaintiff has filed other baseless cases in this Court (*Johnson v. Reid*, No. 2:24-cv-00301-NT, *Johnson v. Trump, et al.*, No. 1:23-cv-00331-NT) and he appears from a PACER search to be a serial litigator in federal courts, I hereby place the Plaintiff on **NOTICE** that filing restrictions "may be in the offing." *Cok v. Fam. Ct. of R. I.*, 985 F.2d 32, 35 (1st Cir. 1993). This represents the

"cautionary order" of which *Cok* speaks. *Id.* Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of October, 2024.